# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-04989-JHN-JEMx | Date | May 3, 2011 |
|---|---|---|---|
| Title | Brandon D. Revoner v. Allied Barton Security Services, LLC et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:** ORDER (1) DISMISSING PLAINTIFF BARRY P. CRISTANTIELLO FROM THIS ACTION AND (2) STRIKING CLASS ALLEGATIONS FROM THE COMPLAINT [19, 21]  (In Chambers)

Before the Court are two unopposed motions: (1) Plaintiff Brandon D. Revoner's ("Revoner") motion to dismiss his co-plaintiff, Barry P. Cristantiello ("Cristantiello"); and (2) Defendant Allied Barton Security Services, LLC's ("Allied") motion to deny class certification. (Docket Nos. 19 & 21, respectively.)  The Court previously deemed the matters appropriate for decision without oral argument.  Fed. R. Civ. P. 78; L.R. 7-15. For the reasons discussed below, both motions are GRANTED.

On March 18, 2011, Revoner moved to dismiss his co-plaintiff, Cristantiello, from this action on the ground that Cristantiello is not prepared to give his oral deposition as requested by Allied.  (Revoner's Mot. ¶ 3.)  Neither Cristantiello nor Allied filed an opposition.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  L.R. 7-12. Pursuant to L.R. 7-12, the Court deems Cristantiello's and Allied's failure to file an opposition as consent to the granting of this motion.  Accordingly, this motion is GRANTED.

On April 18, 2011, Allied filed a motion to deny class certification.  The motion was made on the basis that Plaintiffs have not moved to certify a class since they served their Complaint on July 28, 2010.  (Allied's Mot. 3.)  "Within 90 days after service of a pleading purporting to commence a class action . . . , the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court."  L.R. 23-3.  More than 250 days have passed since the Complaint has been served, yet to date, Plaintiff has not filed either a motion for class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-04989-JHN-JEMx | Date | May 3, 2011 |
|---|---|---|---|
| Title | Brandon D. Revoner v. Allied Barton Security Services, LLC et al. | | |

certification or a motion to extend time to file the same.  Moreover, Plaintiff has not filed any opposition to this motion.  Accordingly, because Plaintiff failed to comply with L.R. 23-3 and failed to file an opposition, Allied's motion is GRANTED.

For the reasons stated above, Plaintiff Cristantiello is dismissed from this action and the class allegations from the complaint are hereby stricken.  This matter shall proceed as a single-plaintiff action.

**IT IS SO ORDERED.**

|  |  | : | N/A |
|---|---|---|---|
|  | Initials of Preparer | AM |  |