CARLTON, DiSANTE & FREUDENBERGER, LLP
David V. Greco, Esq.
California Bar No. 224002
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Tel: 213-612-6300
Fax: 213-612-6301
dgreco@cdflaborlaw.com

-and-

MARTENSON, HASBROUCK & SIMON LLP
Patricia E. Simon
Georgia Bar No. 618233
David C. Hamilton
Georgia Bar No. 141397
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
Tel: 404-909-8100
Fax: 404-909-8120
pesimon@martensonlaw.com
dhamilton@martensonlaw.com

*Attorneys for Defendant*
*AlliedBarton Security Services LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON D. REVONER and BARRY P. CRISTANTIELLO, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 10-CV-4989<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Brandon D. Revoner ("Plaintiff") and Defendant AlliedBarton Security Services LLC ("Defendant") and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) file this Joint Stipulation of Dismissal with Prejudice and show as follows:

Plaintiff in this action has agreed to dismiss all of his claims in the above-styled matter with prejudice. Defendant has no counter-claims and does not oppose Plaintiff's dismissal of claims. NOW, THEREFORE, Plaintiff stipulates and agrees to the dismissal of Case No. CV10-4989-JHN and each and every claim therein, with prejudice. All parties to bear their own costs.

Jointly and respectfully submitted this 1st day of June 2011.

| | |
|---|---|
| **MARTENSON, HASBROUCK & SIMON, LLP** | **FARRIS, RILEY & PITT LLP** |
| s/ David C. Hamilton | s/ J. Adam Clayton |
| David C. Hamilton, Esq. | Kirby D. Farris, Esq. |
| Georgia Bar No. 141397 | J. Adam Clayton, Esq. |
| Patricia E. Simon, Esq. | The Historic Massey Building |
| Georgia Bar No. 618233 | 2025 Third Avenue North |
| 3379 Peachtree Road, N.E. | Suite 400 |
| Suite 400 | Birmingham, Alabama 35203 |
| Atlanta, Georgia 30326 | Tel: 205-324-1212 |
| Tel: 404-909-8100 | Fax: 205-324-1255 |
| Fax: 404-909-8120 | kfarris@frplegal.com |
| pesimon@martensonlaw.com | aclayton@frplegal.com |
| dhamilton@martensonlaw.com | |
| | -and- |
| -and- | |
| | **LAW OFFICES OF RHEUBAN & GRESEN** |
| David V. Greco, Esq. | Solomon E. Gresen, Esq. |
| **CARLTON, DiSANTE & FREUDENBERGER, LLP** | 15910 Ventura Boulevard |
| California Bar No. 224002 | Suite 1610 |
| 707 Wilshire Boulevard, Suite 5150 | Encino, California 91436 |
| Los Angeles, CA 90017 | Tel: 818-815-2727 |
| Tel: 213-612-6300 | Fax: 818-815-2737 |

Fax: 213-612-6301  
dgreco@cdflaborlaw.com

**Attorneys for Defendant**
**AlliedBarton Security Services LLC**

*Attorneys for Plaintiff Brandon D.*
*Revoner*